UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LASR CLINIC OF SUMMERLIN, LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-0467-GMN-NJK

**Order**

[Docket No. 7]

Pending before the Court is a motion by Jeffrey Setness to withdraw as counsel for Defendants. Docket No. 7.[1] Any response to that motion shall be filed by June 12, 2019, and any reply shall be filed by June 14, 2019. The Court hereby **SETS** a hearing on the motion for 11:30 a.m. on June 18, 2019, in Courtroom 3D. In addition to withdrawing counsel and any newly retained counsel, each individual Defendant and a corporate representative for LASR Clinic of Summerlin must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

---

[1] The motion reveals that two Defendants have filed for bankruptcy. *See id.* at 2. From the Court's preliminary research, it appears that a civil suit brought pursuant to the False Claims Act falls within an exception to the automatic stay provisions. *See in re Universal Life Church, Inc.*, 128 F.3d 1294, 1298 (9th Cir. 1997). To the extent any party has a different understanding of the law, they shall immediately file a notice explaining why the automatic stay provision applies.

The Court reminds the parties that corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Lastly, withdrawing counsel shall serve a copy of this order on each Defendant, and shall file a proof of service by June 6, 2019.

IT IS SO ORDERED.

Dated: June 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge