# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff(s),<br><br>v.<br><br>LASR CLINIC OF SUMMERLIN, LLC, et al.,<br><br>     Defendant(s). | Case No.: 2:19-cv-00467-GMN-NJK<br><br>**Order**<br><br>[Docket No. 12] |

     Pending before the Court is Defendants' counsel's motion to seal. Docket No. 12. Any response shall be filed by June 12, 2019, and any reply shall be filed by June 14, 2019.

     IT IS SO ORDERED.

     Dated: June 6, 2019

                                    _____

                                    Nancy J. Koppe<br>                                    United States Magistrate Judge