# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LASR CLINIC OF SUMMERLIN, LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-00467-GMN-NJK

**ORDER**

Pending before the Court is an order to show cause why default judgment should not be entered against Defendants Rogers and Villasenor. Docket No. 46. Also pending before the Court is a motion for a more definitive statement filed by Defendant Villasenor. Docket No. 52.

On March 25, 2020, the Government filed a motion indicating that bankruptcy proceedings involving Defendants Rogers and Villasenor are pending. Docket No. 56 at 2. While the Government seeks an order declaring that this case is exempt from the automatic stay provisions, *see id.*, that motion remains pending at this time. At this juncture, the Court **DECLINES** to rule on the outstanding order to show cause (Docket No. 46) and **DENIES** without prejudice the motion for more definitive statement (Docket No. 52).

In the event the motion to exempt this case from the automatic stay provision is granted, the Government may move for case-dispositive sanctions if it feels they are warranted. Such motion must be filed within 14 days of the issuance of such order. Otherwise, the parties must file a joint statement as to how this case should proceed within 21 days of the issuance of such order.

1

To the extent appropriate, Defendant Villasenor may also refile his motion for more definite statement in the event the motion to exempt this case from the automatic stay provision is granted.

IT IS SO ORDERED.

Dated: March 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge