CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No. 11985
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: lindsay.ager@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>LASR Clinic of Summerlin, LLC; Israel Villasenor; and Brian Rogers;<br><br>Defendants. | Case No.: 2:19-cv-00467-GMN-NJK<br><br><br><br>**Amended Stipulation to Dismiss** |

Subject to the terms of the settlement agreement between the parties, the United States and defendants Israel Villasenor and Brian Rogers stipulate to dismiss this case with prejudice, with each party to bear its own attorney's fees and costs.

Dated: May 3, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Lindsay Ager* (Digitally signed by LINDSAY AGER, Date: 2021.05.03 16:11:39 -07'00')
_____
LINDSAY A. AGER
Assistant United States Attorney

Dated: 5/2/21

_____
BRIAN ROGERS

Dated:

_____
ISRAEL VILLASENOR

**IT IS SO ORDERED.**

Dated this __4__ day of May, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No, 11985
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: lindsay.ager@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:19-cv-00467-GMN-NJK |
| Plaintiff, | |
| v. | |
| LASR Clinic of Summerlin, LLC; Israel Villasenor; and Brian Rogers; | **Amended Stipulation to Dismiss** |
| Defendants. | |

Subject to the terms of the settlement agreement between the parties, the United States and defendants Israel Villasenor and Brian Rogers stipulate to dismiss this case with prejudice, with each party to bear its own attorney's fees and costs.

Dated:                          Dated: 4/29/21

CHRISTOPHER CHIOU
Acting United States Attorney

_____    _____
LINDSAY A. AGER                         ISRAEL VILLASENOR
Assistant United States Attorney

Dated:                          IT IS SO ORDERED.
                                         Dated:

_____    _____
BRIAN ROGERS                            UNITED STATES DISTRICT JUDGE

1

**Certificate of Service**

The undersigned states that a copy of the foregoing document was served on the defendants and their bankruptcy counsel by United States mail on today's date.

Israel Villasenor
2050 S. Magic Way #5
Henderson, NV 89002

Brian Rogers
2446 Wrangler Walsh Lane
Henderson, NV 89002

Kerstan Hubbs, Esq.
Essential Legal Services, Suite 100
770 Coronado Center Dr.
Henderson, NV 89052

Dated: May 3, 2021

    /s/ *Maria Covarrubias*
Maria Covarrubias
Legal Assistant